**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Terrell Maurice Mars, | ) | No. 11-CV-01562-PHX-PGR (DKD) |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| Dennis R. Smith, Warden, | ) | |
| Respondent. | ) | |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Duncan, and no party having filed any objection to the Report and Recommendation,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 11) is ACCEPTED and ADOPTED by the Court.[1]

**IT IS FURTHER ORDERED** that petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DENIED and DISMISSED with prejudice.

**IT IS FURTHER ORDERED** DENYING a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal.

DATED this 10th day of April, 2012.

Paul G. Rosenblatt
United States District Judge

---

[1] The Magistrate Judge rejected Petitioner's claim that the sentencing court impermissibly delegated to the Bureau of Prisons its duty set a schedule for restitution payments under 18 U.S.C. § 3664(f)(2). (Doc. 11 at 3.)